**Pro Se Plaintiff**

D. G. SWEIGERT, C/O
MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

December 28, 2022

CASE #: 4:22-cv-12696-SDK-APP

District Judge Shalina D. Kumar
U.S. District Court
Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

SUBJ:  Pre-motion letter requesting an additional 30 days to serve defendants pursuant to F.R.C.P. Rule 4(m).

Your Honor,

1.       This letter seeks to advise the Court that the undersigned has been embroiled in litigation with the sole stockholder of the defendant Multimedia System Design, Inc., notably Jason Goodman for the previous six weeks.

2.       By January 11, 2023 the undersigned has been instructed by the U.S. Court of Appeals for the Second Circuit to submit an Amicus Brief in the matter known as Jason Goodman, *Counter-Claimant-Counter- Defendant Appellant* v. The National Academy of Television Arts and Sciences, Inc., Academy of Television Arts & Sciences, *Plaintiffs-Appellees,* No. 592.

3.       By order of 12/13/2022 by Judge Analisa Torres, the undersigned was finally released from Case 1:21-cv-10878-AT-JLC (S.D.N.Y.) *Goodman v. Bouzy*.  Judge Torres observed:

> "Goodman is a frequent litigant, and it is at least arguable whether he should continue to receive special solicitude from the Court. Id.; see also ECF No. 82 (adopting R&R, ECF No. 59); ECF No. 59 at 10 n.9; Goodman v. Sharp et al., 21 Civ. 10627 (S.D.N.Y.) (Goodman is a pro se Plaintiff); The National Academy of Television Arts and Sciences, Inc. et al. v. Multimedia System Design, Inc., 20 Civ. 7269 (S.D.N.Y.) (Goodman is a pro se intervenor); Sweigert v. Cable News Network, Inc., 20 Civ. 12933 (E.D. Mich.) (Goodman sought leave to file an amicus brief)."  (Case 1:21-cv-10878-AT-JLC Document 83 Filed 12/20/22 Page 2 of 2)

1

4.   Therefore, please allow a 30-day extension to the normal period allocated under F.R.C.P. Rule 4(m) to have the defendant served.

Signed this 28th day of December, 2022.

D. G. SWEIGERT, PRO SE
PMB 13339
514 Americas Way
Box Elder, SD 57719

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethehuth.org

Certified under penalties of perjury.

Signed this 28th day of December, 2022.

PRO SE