**Pro Se Plaintiff**

D. G. SWEIGERT, C/O
MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

January 5, 2023

CASE #: 4:22-cv-12696-SDK-APP

District Judge Shalina D. Kumar
U.S. District Court
Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

SUBJ:   Supplement to pre-motion letter requesting an additional 30 days to serve defendants pursuant to F.R.C.P. Rule 4(m).

Your Honor,

1.      This letter seeks to supplement ECF doc. 4.

2.      Jason Goodman, the sole stockholder of Defendant Multimedia Systems Design, Inc., has threatened to bring an action against the undersigned in the Southern District of New York (see attached).

3.      This creates a thorny issue as the initial complaint in this action (ECF no. 1) may need to be repurposed and filed as a counter-claim in the S.D.N.Y. against Mr. Goodman.  As soon as the situation clarifies the undersigned will advise this Court.

4.      The undersigned provides a certification that the attached exhibit is a true and accurate representation of the document as published by Mr. Goodman, sole stockholder of Defendant M.S.D.I.

Signed this 5th day of January 2023.

1

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

Certified under penalties of perjury.

Signed this 5th day of January 2023.

*D. Snt*

**PRO SE**
D. G. SWEIGERT, C/O
MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

January 4, 2023

The Honorable Analisa Torres
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov
Via e-mail and pro se electronic filing

Re: Goodman v. Bouzy, et al., Case No. 1:21-cv-10878-AT-JLC

Dear Judge Torres,

I respectfully submit this objection to the Defendants' letter (ECF No. 90). This incredibly disingenuous filing is another attempt to deceive the Court which has revealed new facts.

After destroying my social media presence, Mr. Bouzy was no longer paying attention to this case, but he received regular updates from vexatious attempted intervenor David George Sweigert ("Sweigert") the brother of George Webb Sweigert ("Webb"). Sweigert has dedicated nearly every day of his life for the past six years to coordinating a network of cyber stalkers who harass and attack me constantly. This network of lawfare operatives assist Sweigert in weaponizing the legal system against his enemies. This inherently involves deceiving the Court into believing it is engaged in normal, legitimate process when in fact it is being manipulated by this sophisticated team. Please note Sweigert's Tweet of November 22, 2022.

He monitors the docket and does whatever he can to interfere in any case I am involved in. When he realized Defendants were in danger of default, he alerted Benjamin Wittes using a Twitter account he created with a defaced picture of me. Defendants rightly pointed out that I was communicating with Wittes on Twitter in December 2020 when I was interrupted by Bouzy's initial contact. Please also note "@wiczipedia" was alerted. That is Nina Jankowicz former Executive Director of the Department of Homeland Security Disinformation Governance Board. Ms. Jankowicz was forced to resign her position, and the entire board was terminated on May 18, 2022, immediately after I published a report exposing her failure to file a Registration Statement pursuant to 22 U.S. Code § 612 while receiving payments from foreign NGOs and the U.S. Government simultaneously.





https://odysee.com/@Crowdsourcethetruth/2022-05-16-20-00-03-Live-93r-73LTQ7izHej8qkyQcMRLeevmePnUuBol

https://www.cnn.com/2022/05/18/politics/dhs-disinformation-board-paused/index.html

Ms. Jankowicz recently returned to the "Disinformation" governance business when she registered as a foreign agent on November 18, 2022. https://efile.fara.gov/docs/7192-Exhibit-AB-20221118-1.pdf

Shortly thereafter a press release announced her employment with the UK funded Centre for Information Resilience. https://twitter.com/cen4infores/status/1573299231225708545?lang=en

On information and belief, I allege Sweigert is the coordinator of a team of Lawfare operatives that includes his brother, Mr. Bouzy and others. These individuals have been stalking and harassing me for six years, fomenting litigation against me and doing everything they can to destroy my business and public reputation. Mr. Wittes is the editor of Lawfare, a publication of the Brookings Institution. Wittes and Jankowicz are colleagues and have collaborated in the past. https://www.lawfareblog.com/lawfare-podcast-nina-jankowicz-how-lose-information-war

For the Defendants to refer to me as a "serial litigant" is a brazen attempt to deceive the Court in and of itself because this is litigation of their own manifestation. Mr. Bouzy was well aware this lawsuit had been filed against him. If he felt it had no merit, he should have answered it with a motion to dismiss. Michael Phelan is a professional, licensed process server who accurately and truthfully informed Mr. Bouzy he was delivering documents to him. The police confirmed Phelan had legitimate business there with Bouzy.

Defendants' assertions with regard to Mr. Martinez letter are also false. Prior to receiving it, I did not doubt that Defendants had been served. In fact, I tweeted #BouzyGotSued and #BouzyGotServed to counteract online antagonism. No evidence of those tweets is available to me due to the destruction of my Twitter accounts by Mr. Bouzy. When Martinez raised the point, I sought permission to serve electronically for elimination of doubt and waited for a Court response. I failed to file with the Court for four months because I did not know I was required to. As a pro se, there remain large areas of law and process that are completely unknown to me.

Even if the Court accepts Mr. Bouzy's fabricated excuses, the case should still end in default. Bouzy is the registered agent for Bot Sentinel, and 5101 Meadowview is the official address for Bot Sentinel. If Mr. Bouzy's has concerns about "internet trolls" he should hire a company at a different address than his home to serve as the registered agent of Bot Sentinel. He was legally required to receive service of process at that address, and he willfully refused it.

I further allege this entire defense has been maliciously calculated with inappropriate assistance from vexatious non-parties mentioned herein.

For the reasons stated above, the default should not be set aside, and Rule 11 sanctions should be granted. I further seek leave of this honorable Court to include new co-defendants in the amended complaint despite the duration of time that has passed since the initial filing.

Respectfully submitted,
Jason Goodman