UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

D. G. Sweigert,

                Plaintiff(s),                Case No. 22-12696

v.                                            Honorable Shalina D. Kumar

Multimedia System Design, Inc. et al.,        Magistrate Judge Anthony P. Patti

                Defendant(s).
_____/

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

       This case appears to be a companion case to Case No. __22-10002__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __Gershwin A. Drain__ and Magistrate Judge __Kimberly G. Altman__.

                                                              s/Shalina D. Kumar
                                                              Shalina D. Kumar
                                                              United States District Judge

                                                              s/Gershwin A. Drain
                                                              Gershwin A. Drain
                                                              United States District Judge

       Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
       Case type: __CIVIL__

       If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: __January 18, 2023__                                 s/N. Ahmed
                                                               Deputy Clerk

cc:    Parties and/or counsel of record
        Honorable Gershwin A. Drain