D. G. SWEIGERT, C/O,<br>
MAILBOX, PMB 13339<br>
514 Americas Way, Box Elder, SD 57719<br>
Spoliation-notice@mailbox.org

January 18, 2023

CASE #: 4:22-cv-12696-SDK-APP

District Judge Shalina D. Kumar
U.S. District Court
Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, MI 48226

SUBJ:  Supplement to pre-motion letter requesting an additional 30 days to serve defendants pursuant to F.R.C.P. Rule 4(m).

Your Honor,

1.      This letter seeks to supplement ECF doc. 4.

2.      Jason Goodman, the sole stockholder of Defendant Multimedia Systems Design, Inc., has named the undersigned as a defendant the Southern District of New York (see attached).

3.      This creates a thorny issue as the initial complaint in this action (ECF no. 1) may need to be repurposed and filed as a counter-claim in the S.D.N.Y. against Mr. Goodman.  As soon as the situation clarifies the undersigned will advise this Court.  The undersigned deeply regrets this delay; however, judicial efficiency appears to demand such hesitation.

4.      The undersigned provides a certification that the attached exhibit is a true and accurate representation of the document as published by Mr. Goodman, sole stockholder of Defendant M.S.D.I.

Signed this 18th day of January 2023.

/s/ D. Sgt

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

Certified under penalties of perjury.

Signed this 18th day of January 2023.

*D. S---t*
**PRO SE**
D. G. SWEIGERT, C/O
MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

Case 1:21-cv-10878-AT-JLC   Document 100   Filed 01/17/23   Page 1 of 127

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GOODMAN<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ELLIS BOUZY, BOT SENTINEL, INC, GEORGE WEBB SWEIGERT, DAVID GEORGE SWEIGERT, BENJAMIN WITTES, NINA JANKOWICZ, ADAM SHARP, MARGARET ESQUENET, THE ACADEMY OF TELEVISION ARTS AND SCIENCES, SETH BERLIN, MAXWELL MISHKIN<br><br>    Defendants | Case No.: 1:21-cv-10878-AT-JLC<br><br>**AMENDED COMPLAINT FOR FRAUD, DEFAMATION, ABUSE OF PROCESS, CIVIL CONSPIRACY, AND RACKETEERING**<br><br>**JURY TRIAL DEMANDED** |

| | | |
|---|---|---|
| 01/12/2023 | 99 | LETTER addressed to Judge Analisa Torres from D.G. Sweigert, Pro Se non-party, dated 1/13/23 re: "PERMISSION TO SEEK LEAVE OF THE COURT AS AN AMICUS INTERESTED PARTY CONCERNING PARALLEL LITIGATION." (sc) (Entered: 01/13/2023) |
| 01/17/2023 | 100 | AMENDED COMPLAINT, Re: amending 1 Complaint against Seth Berlin, Bot Sentiel, Inc., Christopher Ellis Bouzy, Margaret Esquenet, Nina Jankowicz, Maxwell Mishkin, Adam Sharp, David George Sweigert, George Webb Sweigert, The Academy of Television Arts & Sciences, Benjamin Wittes with JURY DEMAND.Document filed by Jason Goodman. Related document: 1 Complaint.(sc) (Additional attachment(s) added on 1/18/2023: # 1 Errata Certificate of Service) (sc). (Entered: 01/18/2023) |

3