UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.G. SWEIGERT, *PRO SE*

    Plaintiff,

    v.

MULTIMEDIA SYSTEM DESIGN INC., D/B/A CROWDSOURCE THE TRUTH

ODYSEE HOLDINGS, INC.

LBRY, INC

GEORGE SWEIGERT

    Defendants.
_____/

Case No. 22-12696

U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

## ORDER TO SHOW CAUSE

On November 8, 2022, Plaintiff D.G. Sweigert, proceeding *pro se*, filed a 72 page complaint alleging a laundry list of eight claims. On the same day, a notice of deficiency for failure to pay the filing fee or file an application to proceed in forma pauperis was entered on the docket. Although Swiegert amended his complaint on January 23, 2023, he has still not paid a filing fee or filed an application to proceed in forma pauperis.

1

Sweigert is **ordered to show cause in writing** why this case should not be dismissed for those reasons. His response is due on **January 31, 2023**.

**IT IS SO ORDERED.**

      /s/ Gershwin A. Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

Dated: January 23, 2023

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 23, 2023, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager