D. G. SWEIGERT, PRO SE, C/O,<br>
MAILBOX, PMB 13339<br>
514 Americas Way, Box Elder, SD 57719<br>
Spoliation-notice@mailbox.org

January 26, 2023

CASE #: 4:22-cv-12696-GAD-KGA

Hon. G. A. Drain
U.S. District Judge
U.S. District Court
Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, MI 48226

SUBJ: Submission of $402.00 money order

MAY IT PLEASE THE COURT:

*Pro se* Plaintiff respectfully requests a 48-hour extension of the time to have a confirmed payment of $402.00 received by the Clerk of the Court as stated in ORDER ECF no. 14, 1/23/2023. As stated in ECF no. 16 (1/26/2023) a postal money order should arrive at the District Court building Monday morning (1/30/2023). The U.S. Marshal Service X-RAY inspection may add a one- or two-day delay in the formal receipt of the postal money order by the Clerk.

The undersigned apologies for this oversight.

*D. Swt* (signature)