D. G. SWEIGERT, PRO SE, C/O,<br/>
MAILBOX, PMB 13339<br/>
514 Americas Way, Box Elder, SD 57719<br/>
Spoliation-notice@mailbox.org

January 30, 2023

CASE #: 4:22-cv-12696-GAD-KGA

TO THE CLERK OF THE COURT
U.S. District Court
Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, MI 48226

SUBJ: Submission of $402.00 money order

TO THE CLERK:



The receiver at 231 W Lafayette Boulevard, Detroit, MI, 48226, sends their representative on daily basis to pick their mail up from the Post Office located at 1401 W Fort Street, Detroit, MI, 48233, every day, from Monday to Friday. The post Office do not deliver their mail as this is their request to pick it up every day from Monday to Friday. Today, and every Saturday, no one picks their mail up from the Post Office, and this is why, all their mail, including your package, will be handled to their representative on Monday, 01/30/2023. I included my contact information below. Please feel free to contact me if you have any more concerns.

Sincerely,

Arkan Choukair

Supv Customer Services

**1401 W Fort Street, Detroit, MI, 48233,
(313) 225 5407.**

The undersigned apologies for this oversight.

*/s/ D. S—*