D. G. SWEIGERT, C/O,  
PMB 13339  
514 Americas Way, Box Elder, SD 57719  
Spoliation-notice@mailbox.org

February 7, 2023

CASE #: 4:22-cv-12696-GAD-KGA

District Judge Gershwin A. Drain  
U.S. District Court  
Eastern District of Michigan  
231 W. Lafayette Blvd.  
Detroit, MI 48226

SUBJ:  Plaintiff seeks extension of 30 days to serve Defendant corporation

Your Honor,

1.  This letter seeks relief in the form of leave of the Court to serve the New York corporation, Multimedia Systems Design, Inc. (M.S.D.I.) and its sole owner.  The Plaintiff presents a good cause justification that three (3) expensive and time-consuming service attempts have been made in a good faith, but without effecting service.

2.  As shown in the attached documents two (2) service attempts have been made at different addresses listed for M.S.D.I.  A third attempt has been made upon the New York Secretary of State that advised the process server that the registered agent address was outside the jurisdiction of the State of New York.

3.  Recently, in other litigation, Jason Goodman advised the U.S. District Court for the Southern District of New York (S.D.N.Y.) that he has moved in with his parents in Florida.  Initial research indicates this new address is in the vicinity of Boynton Beach, Florida.  Additionally, Mr. Goodman, the sole stockholder of Defendant M.S.D.I., has recently published numerous social media videos that depict landmarks in Florida.

4.  Therefore, the undersigned respectfully request a discretionary extension of 30 days (to March 8, 2023) to locate and serve Mr. Goodman, the sole owner of M.S.D.I., at his new Florida address.

Signed this 7th day of February 2023.

*D. Swt*  
**PRO SE PLAINTIFF**

## CERTIFICATE OF SERVICE

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC. at:

truth@crowdsourcethetruth.org

And George Webb Sweigert at

Georg.webb@gmail.com

Certified under penalties of perjury.

Signed this 7th day of February 2023.

*D. S-t*

**PRO SE PLAINTIFF**
D. G. SWEIGERT, C/O
MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org



 Attempted at the office of the New York State Secretary of State with Sue Zouky, who is an authorized person in the Corporation Division of the Department of State and empowered to receive such service pursuant to New York Business Corporation Law § 306.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:22-CV-12696-GAD-KGA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Multimedia Systems Design, Inc. c/o Jason Goodman sole owner, Unit 6-S**
was recieved by me on  **2/01/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)* ; or

☒   I returned the summons unexecuted because **PMB/PO Box**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   02/02/2023

_____
*Server's signature*

**Islam Alaaeldin**
*Printed name and title*

**1956 64th st
2f
brooklyn, NY 11204**

*Server's address*

Additional information regarding attempted service, etc:

**2/2/2023 12:55 PM: The address was a PMB/PO Box.  I was able to talk to a mailing facility employee who confirmed that company used to have a mailbox at their location but not anymore.**




Tracking #: **0100482611**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:22-CV-12696-GAD-KGA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Multimedia Systems Design, Inc. c/o Jason Goodman sole owner, Unit 6-S**
was recieved by me on  **1/31/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)* ; or

☒   I returned the summons unexecuted because **Unknown**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   02/01/2023

_____
**Server's signature**

**Islam Alaaeldin**
*Printed name and title*

**1956 64th st
2f
brooklyn, NY 11204**

*Server's address*

Additional information regarding attempted service, etc:

**2/1/2023 12:50 PM: I spoke with an individual who indicated they were the building's management and they stated subject unknown.**




Tracking #: **0100409083**