UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.G. SWEIGERT, *PRO SE*

Plaintiff,

v.

MULTIMEDIA SYSTEM DESIGN INC., D/B/A CROWDSOURCE THE TRUTH

ODYSEE HOLDINGS, INC.

LBRY, INC

GEORGE SWEIGERT

Defendants.
_____/

Case No. 22-cv-12696

U.S. DISTRICT COURT JUDGE GERSHWIN A. DRAIN

## ORDER GRANTING MOTION FOR EXTENSION OF SERVICE [ECF NO. 23]

On February 7, 2023, Plaintiff D.G. Sweigert, proceeding *pro se*, filed a Motion for Extension of 30 days to serve Defendant. [ECF No. 23]. The Court finds good cause exists to extend the deadline for service.

Plaintiff's motion is **GRANTED**. Service for all Defendants is due no later that **March 20, 2023**.

**IT IS SO ORDERED.**

1

/s/ Gershwin A. Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

Dated: February 17, 2023

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 17, 2023, by electronic and/or ordinary mail.

/s/ Teresa McGovern
Case Manager